KATHERINE HART #76715
Attorney at Law
1600 Fulton Street, Suite 120
Fresno, CA  93721
Telephone: (559) 412-8900
Facsimile:  (559) 256-9798


Attorney for Defendant
JOSEFINA BLANCO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOSEFINA BLANCO,<br><br>　　　　Defendant.. | CASE NO. 1:15-cr-00352 LJO SKO<br><br>**ORDER GRANTING WAIVER OF PERSONAL APPEARANCE** |

　　　GOOD CAUSE APPEARING, it is hereby ordered as follows:

　　　That Defendant JOSEFINA BLANCO may be excused from making a personal appearance for the second status conference set for September 19, 2016, at 1:00 p.m. and may appear through her attorney, KATHERINE HART.


IT IS SO ORDERED.

Dated:   **September 13, 2016**　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE