KATHERINE HART #76715
Attorney at Law
1600 Fulton, Suite 120
Fresno, Ca. 93721
Telephone: (559) 412-8900
Facsimile: (559) 256-9798

Attorney for Defendant
JOSEFINA BLANCO

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-1:15-CR-00352 LJO-SKO |
| Plaintiff, | ORDER APPROVING SUBSTITUTION OF NEW CUSTODIAN FOR PRE-TRIAL RELEASE |
| v. | |
| JOSEFINA BLANCO, | |
| Defendant. | |

Pursuant to the Stipulation of the parties and GOOD CAUSE APPEARING, it is hereby ordered that Defendant JOSEFINA BLANCO be allowed to substitute RAMONA LOPEZ of Las Cruces, New Mexico, as her custodian of record in lieu of former custodian CONCEPCION DIAZ. Defendant BLANCO is to continue on pretrial release and is ordered to report regularly to her federal pretrial services officer SAMUEL ROMERO, out of the Las Cruces Pretrial Services Office. All

previous conditions of release, save and except the person named as custodian, are in full force and effect.

IT IS SO ORDERED.

Dated: **April 12, 2017**             /s/ *Sheila K. Oberto*
                                      UNITED STATES MAGISTRATE JUDGE