KATHERINE HART #76715
Attorney at Law
1600 Fulton, Suite 120
Fresno, Ca. 93721
Telephone: (559) 412-8900
Facsimile: (559) 256-9798

Attorney for Defendant
JOSEFINA BLANCO

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JOSEFINA BLANCO,<br><br>Defendant. | CR-1:15-CR-00352-4 LJO<br><br>ORDER CONTINUING SENTENCING DATE FROM AUGUST 14, 2017, 10:00 a.m. TO OCTOBER 16, 2017 AT 10:00a.m. |

Good cause appearing, it is hereby ordered that the sentencing hearing of JOSEFINA BLANCO, Case 1:15-CR-00352-004, previously scheduled for August 14, 2017 at 10:00 a.m. be continued to October 16, 2017 at 10:00 a.m. Defendant is ordered to continue to comply with all previously ordered conditions of pretrial supervision. Defendant is ordered to appear October 16, 2017 at 10:00 a.m. for sentencing.

IT IS SO ORDERED.

Dated: **August 3, 2017**         **/s/ Lawrence J. O'Neill**
                                                    UNITED STATES CHIEF DISTRICT JUDGE