# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> , <br> v. <br> JOSEFINA BLANCO, <br> Defendant. | CR-1:15-CR-00352-4 LJO <br><br> ORDER CONTINUING SENTENCING DATE FROM OCTOBER 16, 2017 at 10:00 a.m. TO NOVEMBER 13, 2017 AT 10:00 a.m. |

Good cause appearing, it is hereby ordered that the sentencing hearing of JOSEFINA BLANCO, previously scheduled for October 16, 2017 at 10:00 a.m., be continued to November 13, 2017 at 10:00 a.m. Defendant is ordered to continue to comply with all previously ordered conditions of pretrial supervision. Defendant is ordered to appear November 13, 2017 at 10:00 a.m. for sentencing.

IT IS SO ORDERED.

Dated: **September 5, 2017**     **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE